LEOPOLD MANNABERG, Appellant, *v.* SIEGFRIED KLAUSNER et al.,
Respondents.

Argued May 14, 1945; decided June 14, 1945.

*Jack Korshin* for appellant.
*Gustave B. Garfield* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.